```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )           4:08CR3177-3
          Plaintiff,          )
                              )
     vs.                      )    ORDER
                              )
JULIUS DION SUTTON,           )
                              )
          Defendant.          )
```

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel. After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT THEREFORE HEREBY IS ORDERED** that  Joseph Gross  is appointed as attorney of record for the above-named defendant.

**IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and the defendant's attorney.

DATED: June 25, 2009

                              BY THE COURT

                              s/ *Richard G. Kopf*
                              Richard G. Kopf
                              United States District Judge