IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3177-3 |
| | ) | |
| V. | ) | |
| | ) | |
| JULIUS DION SUTTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

A hearing was held today on Mr. Gross's motion to excuse court appointed counsel and appointment of new counsel.

IT IS ORDERED that Mr. Gross's motion to excuse court appointed counsel and appointment of new counsel (filing 107) is granted. The Federal Public Defender shall nominate a substitute. The Clerk of Court shall provide the Federal Public Defender with a copy of this order.

DATED this 27th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge