IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:08CR3177 |
| | ) | |
| v. | ) | |
| | ) | |
| JULIUS DION SUTTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned is in receipt of a letter from the defendant (filing no. 280).

IT IS ORDERED that:

(1) Treating the defendant's letter as a motion for free copies (filing no. 280), it is denied.

(2) The Clerk of Court shall send a copy of this order to the defendant at the defendant's last known address.

DATED this 20th day of March, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge