| PROB 22 (Rev. 12/13) | TRANSFER OF JURISDICTION | | DOCKET NUMBER (Tran. Court) 4:08CR03177-3 |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec. Court) 18CR 59 |

FILED U.S. DISTRICT COURT OF NEBRASKA 2018 JUL -6 PM 12: 29

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Julius Dion Sutton | DISTRICT District of Nebraska | DIVISION Lincoln | |
|---|---|---|---|
| -FILED- JUN 15 2018 At _____ M ROBERT N. TRGOVICH, Clerk U.S. DISTRICT COURT NORTHERN DISTRICT OF INDIANA | NAME OF SENTENCING JUDGE The Honorable Richard G. Kopf Senior U.S. District Judge | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/13/18 | TO 04/12/23 |

**OFFENSE**
Conspiracy to Distribute Cocaine Base [21 U.S.C. 841(a)(1), (b)(1), and 846] (Class A Felony)

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Nebraska

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Indiana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 13, 2018                                           s/ Richard G. Kopf
_____                              _____
Date                                                          Richard G. Kopf, Senior U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/20/18                                                  /s/ Rudy Lozano
_____                              _____
Effective Date                                         United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify the foregoing is a
true copy of the original on the file in
this court and cause.
ROBERT N. TRGOVICH, CLERK
By: _____
Date: 6-22-18

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

Robert N. Trgovich, Clerk                                    www.innd.uscourts.gov

Jun 22, 2018

Clerk, U.S. District Court
District of Nebraska
100 Centennial Mall North
Lincoln, NE 68508

RE:   Name of Defendant: Julius Dion Sutton
      Our Case Number: 2:18-cr-59
      Your Case Number: 4:08CR03177-3

Dear Clerk:

Initial Transfer Out

☐   Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return a certified original to this office after jurisdiction accepted. Upon receipt, we will forward certified copies of the pertinent documents to you, or advise you how you may obtain them.

Final Transfer Out

☐   Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the Northern District of Indiana to your District, charging document, Judgment & Commitment Order, Docket Sheet and Financial Case Ledger.

or

☐   Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the Northern District of Indiana to your District, along with a copy of the Financial Case Ledger. Copies of the docket, charging instrument and judgment may by obtained via pacer from www.innd.uscourts.gov

Transfer In

☒   Enclosed please find Probation Form 22 (certified) indicating that our court has accepted jurisdiction. Please forward certified a Financial Case Ledger and copies of the charging document (complaint/ indictment), Judgment & Commitment Order, Docket Sheet or advise us if these documents are accessible via pacer.

Sincerely,

ROBERT N. TRGOVICH, CLERK

By: s/Jason Schrader

1108 E. Ross Adair Federal Bldg. • 1300 S. Harrison Street • Fort Wayne, Indiana 46802 • (260) 423-3000 • Fax (260) 423-3007
5400 Federal Plaza • Suite 2300 • Hammond, Indiana 46320 • (219) 852-6500 • Fax (219) 852-6509
102 Robert A. Grant Federal Bldg. • 204 South Main Street • South Bend, Indiana 46601 • (574) 246-8000 • Fax (574) 246-8002
214 Charles Halleck Federal Bldg. • 230 North Fourth Street • Room 105• Lafayette, Indiana 47902 • (765) 420-6250 • Fax (765) 420-6314